AMALGAMATED HOUSING CORPORA-
TION, Petitioner, v. COMMISSIONER OF
INTERNAL REVENUE, Respondent.
AMALGAMATED DWELLINGS, Inc., Pe-
titioner, v. COMMISSIONER OF IN-
TERNAL REVENUE, Respondent.

No. 40.

Circuit Court of Appeals, Second Circuit.
Jan. 2, 1940.

Satterlee & Green, of New York City
(Hugh Satterlee, I. Herman Sher, and Mar-
tin A. Meyer, Jr., all of New York City, of
counsel), for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen.,
and Sewall Key and Robert N. Anderson,
Sp. Assts. to Atty. Gen., for respondent.

Before SWAN, AUGUSTUS N. HAND,
and PATTERSON, Circuit Judges.

PER CURIAM.

Orders affirmed on the opinion of the
Board, 37 B.T.A. 817.

AMERICAN FIDELITY & CASUALTY COM-
PANY, Inc., v. Dorrion MENDEZ, and
four other cases.

No. 9354.

Circuit Court of Appeals, Ninth Circuit.
Jan. 2, 1940.

Henderson Stockton, Eli Gorodezky, S.
N. Karam, and J. W. Cherry, Jr., all of
Phoenix, Ariz., for appellant.

Minne & Sorenson and George T. Wil-
son, all of Phoenix, Ariz., for appellees.

Before WILBUR, GARRECHT, and
HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respec-
tive parties, and good cause therefor ap-
pearing, ordered appeals herein dismissed,
that a judgment of dismissal be filed and
entered accordingly, and that the mandate
or this court in this cause issue forthwith.

AMERICAN UNITED MUTUAL LIFE IN-
SURANCE COMPANY et al., Creditors,
Appellants, v. CITY OF AVON PARK,
FLORIDA, Debtor, Appellee.

No. 9294.

Circuit Court of Appeals, Fifth Circuit.
Jan. 31, 1940.

Giles J. Patterson, of Jacksonville, Fla.,
Harry L. Thompson and Edgar John Phil-
lips, both of Clearwater, Fla., for appel-
lants.

Robert J. Pleus, of Orlando, Fla., for ap-
pellee.

Before HUTCHESON, HOLMES, and
McCORD, Circuit Judges.

PER CURIAM.

There being no substantial distinction be-
tween this case and that presented in Val-
lette v. City of Vero Beach, 5 Cir., 104 F.2d
59, the order appealed from is affirmed, up-
on the authority of that case.

Affirmed.

Arthur BARTOLOZZI, Appellant, v.
UNITED STATES.

No. 7222.

Circuit Court of Appeals, Third Circuit.
Jan. 4, 1940.

L. Scott Cherchesky, of Camden, N. J.,
for appellant.

John J. Quinn, U. S. Atty., of Trenton,
N. J., and W. Orvyl Schalick, Asst. U. S.
Atty., of Camden, N. J., for appellee.

Before BIGGS, MARIS, and CLARK,
Circuit Judges.

PER CURIAM.

The judgment of the District Court is af-
firmed.